Núm. 7790.—CUEVAS ZEQUEIRA, apldo. aplte. *v.* HERNÁNDEZ USERA, aplte. y apldo.—C. D. San Juan. Noviembre 30, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, el demandado apelado Rafael Hernández Usera radicó con fecha 10 de octubre último una moción solicitando se desestime la apelación interpuesta por el demandante apelante Rafael Cuevas Zequeira, fundando dicha moción entre otros motivos en no haber radicado la transcripción de evidencia en la corte sentenciadora a pesar de haber vencido la prórroga que se le concedió a ese efecto el día 20 de julio de 1938, sin que posteriormente solicitara ninguna otra prórroga;

Por cuanto, de una certificación expedida por el Secretario de la Corte de Distrito de San Juan aparece que en efecto el demandante apelante solicitó el 20 de julio de 1938 una prórroga de treinta días para radicar la transcripción de evidencia y que hasta la fecha no ha solicitado nueva prórroga ni ha radicado dicha transcripción;

Por cuanto, señalada la vista de la moción antes aludida, compareció solamente la representación del demandado apelado a exponer lo que opinó conducente a su derecho,

Por tanto, se desestima la apelación interpuesta por el demandante apelante Rafael Cuevas Zequeira.

El Juez Presidente Sr. Del Toro no intervino.